# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FRANK E. GABLE

    VS                                     CASE NO.   3:06cv466/RV/MD

JAMES MCDONOUGH, et al

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on  <u>APRIL 23, 2007</u>
Type of Motion/Pleading: <u>MOTION SEEKING COURT ORDER TO NEVADA DEPARTMENT OF CORRECTIONS TO STOP HINDERING PETITIONER MEANINGFUL ACCESS TO LAW LIBRARY AND THE COURTS</u>
Filed by:    <u>PLAINTIFF</u>    on  <u>4/23/07</u>   Document    <u>16</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                    on _____ Doc.# _____
                                    on _____ Doc.# _____

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    <u>    s/L. James                      </u>
                                    Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 26th day of April, 2007, that:

(a)   The requested relief is DENIED.

(b)   <u>If plaintiff needs additional time in which to file his amended complaint due to delay in receiving his legal property and legal materials from the law library, he may file a motion for extension of time.</u>

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.