IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FRANK E. GABLE,**
       **Plaintiff,**

vs.                                   Case No. 3:06cv466/RV/MD

**JAMES MCDONOUGH, et al.**
       **Defendants.**

### REPORT AND RECOMMENDATION

     This cause is before the court upon referral from the clerk. On April 24, 2007 plaintiff filed a notice of voluntary dismissal of this civil rights action (doc. 20). Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

     Accordingly, it is respectfully RECOMMENDED:

     That this case be dismissed without prejudice, and the clerk be directed to close the file.

     At Pensacola, Florida, this 1st day of May, 2007.

/s/ *Miles Davis*
       **MILES DAVIS**
       **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to**

**object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**